■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KELLY, Appellant. (Appeal No. 1.) THE PEOPLE OF THE

STATE OF NEW YORK, Respondent, v JOHN KELLY, Appellant. (Appeal No. 2.) [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Green and Pine, JJ.